THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE ADDISON, Defendant-Appellant.

(No. 58339;

First District (3rd Division)—May 2, 1974.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* D. C. HARDY, Defendant-Appellant.

(No. 58399;

First District (3rd Division)—May 2, 1974.

PER CURIAM.

· DEMPSEY, J., took no part.

James J. Doherty, Public Defender, of Chicago (Lee Bastianoni, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., James S. Veldman, and Daniel F. Murray, Assistant State's Attorneys, of counsel), for the People.